UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-22866-CIV-MARTINEZ-OTAZO-REYES

AUDREY MCDONALD, on behalf of herself
and others similarly situated,
    Plaintiff,

vs.

USI INSURANCE SERVICES, LLC,
and UNITED OF OMAHA LIFE INSURANCE
COMPANY,
    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal of Claims Against USI Insurance Services, LLC and United of Omaha Life Insurance Company [ECF No. 39]. Accordingly, it is:

**ADJUDGED** that Plaintiff's individual claims against USI Insurance Services, LLC and United of Omaha Life Insurance Company are **DISMISSED with prejudice**. All parties shall bear their own attorneys' fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of March, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record